IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SYLVESTER O. BARBEE
ADC #131311                                                    PLAINTIFF

v.                          No. 5:18-cv-280-DPM

KEITH L. WADDLE, Hearing Officer,
ADC; CHRISTOPHER A. WILLIAMS,
Hearing Officer, ADC; DANIEL WAYNE
GOLDEN, Hearing Officer, ADC; KIMBERLY
A. RILEY, Lieutenant, ADC; WENDY KELLEY,
Director, ADC; L. DYKE, Warden of Security
Operations, Tucker Unit, ADC; PAGE, Warden,
Tucker Unit, ADC; and RAYMOND NAYLOR,
Disciplinary Hearing Administrator              DEFENDANTS

## JUDGMENT

Barbee's complaint is dismissed without prejudice.

*W P Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 January 2019